### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, *Plaintiff and Counterclaim Defendant*, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION, *Defendant and Counterclaim Plaintiff and Third-Party Plaintiff* <br><br> v. <br><br> THE UNITED STATES OF AMERICA, *Third-Party Defendant* | CASE NO. 09-CV-00821 (SHR) |

### ORDER AMENDING CASE MANAGEMENT DEADLINES

Upon consideration of the joint motion to amend the case management deadlines, **IT IS HEREBY ORDERED THAT** the motion is granted as follows:

1. All fact discovery shall be completed by February 22, 2016;

2. Plaintiff's expert report(s) shall be exchanged on or before January 25, 2016;

3. Defendant's expert report(s) shall be exchanged on or before March 2, 2016;

4. Third Party Defendant's expert report(s) shall be exchanged on or before April 4, 2016;

5. Supplemental expert report(s) shall be due on or before April 18, 2016;

6. Expert depositions shall be completed on or before May 9, 2016;

7. Dispositive motions and supporting briefs must be filed by May 31, 2016;

8. Motions in limine and supporting briefs shall be filed no later than September 2, 2016;

9. Responses to motions in limine shall be filed no later than September 12, 2016;

10. Replies to motions in limine shall be filed no later than September 19, 2016;

11. Pretrial memoranda shall be filed by noon on October 10, 2016;

12. Pretrial conference is continued from June 16, 2016 to October 20, 2016 @ 9:30 AM in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania;

13. The captioned case shall be placed on the <u>November 2016 trial list</u>.

**SO ORDERED.**

<u>s/Sylvia H. Rambo</u>

United States District Judge

Dated: September 14, 2015